Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10338-WGY |
| ) | |
| SCOTT F. MCCREADIE ) | |

## WAIVER OF INDICTMENT

I, **SCOTT F. MCCREADIE**, the above-named defendant, who is accused of securities fraud in violation of 15 U.S.C. §§ 78j(b) & 78ff, and tax evasion in violation of 26 U.S.C. § 7201, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on ___1-18-05___ prosecution by indictment and consent that
*(Date)*
the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer