```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
           Plaintiff,          )
                               )
     v.                        )   CRIMINAL NO. 04-CR-10338-WGY
                               )
SCOTT F. MCCREADIE,            )
           Defendant.          )
```

**MOTION OF THE UNITED STATES FOR AN ORDER OF FORFEITURE**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Preliminary Order of Forfeiture in the above-captioned case pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461 (c).  A proposed Preliminary Order of Forfeiture is submitted herewith.  In support thereof, the United States sets forth the following:

    1.  On or about November 10, 2004, an Information was filed charging the defendant Scott F. McCreadie, (the "Defendant"), with the following violations: Willful Violation of the Securities Exchange Act of 1934, in violation of 15 U.S.C. §§ 78j(b) and 78ff (Count 1), and Tax Evasion, in violation of 26 U.S.C. § 7201 (Counts Two and Three).  The Information also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture, pursuant to 18 U.S.C. § 981 and 28 U.S.C. §

2461.

2. The Forfeiture Allegation of the Indictment sought the forfeiture, as a result of the offenses alleged in Count One, of any property, real or personal, constituting, or derived from, any proceeds traceable to those offenses, pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461.

3. On or about January 18, 2005, the Defendant entered a plea of guilty to Counts One through Three of the Information, and the parties agreed that the Defendant would forfeit all assets subject to forfeiture pursuant to 18 U.S.C. § 981 as a result of his guilty plea. The Defendant does not dispute that he derived $742,574.00 in proceeds from the offenses charged in Count One.

4. In accordance with the Information and by agreement of the parties, if any of the Defendant's assets that are subject to forfeiture, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) have been transferred or sold to, or deposited with a third party; (c) have been placed beyond the jurisdiction of the Court; (d) have been substantially diminished in value; or (e) have been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 18 U.S.C. § 853 (p) and 18 U.S.C. § 981.

5.  By virtue of the Defendant's guilty plea and pursuant to 18 U.S.C. § 981 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against any and all assets, or substitute assets, subject to forfeiture, as a result of the Defendant's guilty plea.  See Rule 32.2(b)(2); 21 U.S.C. § 853 (a) and (p), 18 U.S.C. § 981; United States v. Candelaria-Silva, 166 F.3d 19, 41 (1st Cir. 1999).

6.  In accordance with the provisions of 21 U.S.C. § 853(m), 18 U.S.C. § 981  and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States requests that it be permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

7.  In the event that assets are identified which are subject to forfeiture pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 981, the United States will seek an amended Order and conduct ancillary proceedings pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 981, and Rule 32.2(e).

WHEREFORE, the United States respectfully moves that this Court enter a Preliminary Order of Forfeiture against any and all assets, or substitute assets, subject to forfeiture as a result of the Defendant's guilty plea, in the form submitted herewith.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney,


        /s/ Kristina E. Barclay
        KRISTINA E. BARCLAY
        Assistant U.S. Attorneys
        United States Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Date: April 4, 2005

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon R. Bradford Bailey, Esq., Denner O'Malley LLP, Four Longfellow Place, Suite 3501, Boston, MA 02114, as counsel for Defendant Scott McCreadie, by first class mail, postage prepaid.

        /s/Kristina E. Barclay
        Kristina E. Barclay
        Assistant U.S. Attorney

Dated: April 4, 2005