```
 1              THE COURT:  Mr. Scott McCreadie, in consideration
 2     of the offenses of which you stand convicted, the factors
 3     that the Court must take into account under 18 United States
 4     Code, Section 3553, the information from the United States
 5     Attorney, your attorney, the probation officer and yourself,
 6     this Court sentences you to three years in the custody of
 7     the United States Attorney General on each count, the
 8     sentence on each count to run concurrent one with the other.
 9     Thereafter, the Court imposes upon you a period of
10     supervised release of three years.
11             The Court imposes upon you no fine due to your
12     inability to pay a fine.  The Court imposes a order of
13     restitution of $742,574.  The Court imposes upon you a $300
14     mandatory special assessment as required by the law.
15             The special conditions of your probation are that
16     you are to submit to a collection of a DNA sample.  You're
17     prohibited from possessing a firearm or other dangerous
18     weapon.  You're to pay the balance of the restitution
19     according to a Court ordered repayment schedule.  You're
20     prohibited from incurring new credit charges, to provide the
21     probation officer access to requested financial information.
22     You're prohibited from engaging in an occupation, business
23     or profession that would require or enable you to have
24     access to investment or other financial accounts or enable
25     you to engage in investment trading.
```

```
 1              You're to meet with the Internal Revenue Service
 2    within the first 60 days of the period of supervision in
 3    order to determine tax liability, file tax returns, and pay
 4    future taxes due.
 5              You are -- no objection to self-surrender --
 6         MR. PIROZZOLO:  Oh, no, your Honor.
 7         THE COURT:  -- is there?
 8         MR. PIROZZOLO:  None, your Honor.
 9         THE COURT:  You're required to surrender to the
10    place of incarceration on Tuesday, the 24th of May.
11              Now, let me explain this sentence.  I know this is
12    a first offense.  And I am the first to honor your concern
13    for your former wife during a period of her illness, and
14    your evident concern for your children.  I have taken the
15    concern for your wife into account in factoring the sentence
16    that I have imposed upon you.  You should have thought about
17    your children before you were doing this.  The reason that
18    you did this is the reason that all embezzlers do it.  They
19    want a little more money and they think they can pay it
20    back.  There's no difference from you, between you and any
21    other embezzler.  The only difference here is that these
22    people were your family.  You're draining their accounts.
23    Their life's savings, all gone.
24              This is an appropriate sentence under the law.  It
25    is the sentence of the Court.
```

```
 1              You are informed that you have the right to appeal
 2    from any findings or rulings this Court has made against
 3    you.  Should you appeal and should your appeal be successful
 4    in whole or in part any further sentencing will be
 5    accomplished by another judge.
 6              That's the sentence of the Court.
 7              MR. BAILEY:  Thank you, your Honor.
 8              THE COURT:  All right.  Is that it, Bonnie?
 9              THE CLERK:  Yes.
10              THE COURT:  Very well.  We'll recess.
11              THE CLERK:  All rise.
12              (Whereupon the matter concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```