UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                                        )
        v.                                              )        Cr. No. 04-10338
                                                        )
SCOTT F. McCREADIE                        )

## NOTICE OF APPEAL

Scott F. McCreadie ("the defendant") hereby notifies this Honorable Court of his appeal to the United States Court of Appeals for the First Circuit of all issues arising from the sentencing in this matter. This court sentenced the defendant to a term of imprisonment of 36 months following a sentencing hearing held before the Honorable William G. Young on April 12, 2005. The defendant appeals all issues arising from the sentencing hearing and the sentenced imposed by the court.

Dated: April 20, 2005

                                    Respectfully submitted,
                                    SCOTT F. MCCREADIE,
                                    By his attorneys,


                                    Brad Bailey, BBO#549749
                                    Gary G. Pelletier, BBO#631732
                                    DENNER O'MALLEY, LLP
                                    Four Longfellow Place, 35th Floor
                                    Boston, MA 02114
                                    (617) 227-2800

## Certificate of Service

I, Brad Bailey, certify that on April 20, 2005, I served a copy of the within Notice of Appeal upon Assistant United States Attorney Jack Pirozzolo by hand delivery at One Courthouse Way, Suite 900, Boston, Massachusetts 02110 and upon United States Probation Officer Susan Walls, One Courthouse Way, First Floor, Boston, Massachusetts 02110 by hand delivery.

Brad Bailey