## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10338

United States of America

v.

Scott F. McCreadie

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 25, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __4/25/05__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10338-WGY-ALL

Case title: USA v. McCreadie

Date Filed: 11/12/2004

Assigned to: Chief Judge William G. Young

**Defendant**

**Scott F. McCreadie** (1)
*TERMINATED: 04/13/2005*

represented by **R. Bradford Bailey**
Denner O'Malley LLP
Four Longfellow Place
Suite 3501
Boston, MA 02114
617-227-2800
Fax: 617-973-1562
Email: bbailey@dennerassociates.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**Pending Counts**

15:10(b) and 32(a) -
WILLFUL VIOLATION OF
THE SECURITIES
EXCHANGE ACT OF 1934
(1)

**Disposition**

The defendant is committed to the custody of the BOP for a term of 36 months to be followed by Supervised Releasse with Special Conditions for 3 years. No Fine.SpecialAssessment of

| | |
|---|---|
| 26:7201 Tax Evasion (2-3) | $300. Restitution in the amount of $742,574.<br><br>The defendant is committed to the custody of the BOP for a term of 36 months to be followed by Supervised Releasse with Special Conditions for 3 years. No Fine.SpecialAssessment of $300. Restitution in the amount of $742,574. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Jack W. Pirozzolo**<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 |

617-748-3189  
Fax: 617-748-3960  
Email:  
jack.pirozzolo@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE*  
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2004 | 1 | INFORMATION (Felony) as to Scott F. McCreadie (1) count(s) 1, 2-3. (Gawlik, Cathy) (Entered: 11/12/2004) |
| 01/18/2005 | 2 | PLEA AGREEMENT as to Scott F. McCreadie (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/18/2005 |  | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Plea agreement filed. Waiver of Indictment filed.Defendant Sworn. Court conducts plea colloquy with the defendant. After hearing the Court accepts plea of Guilty to counts 1-3Arraignment as to Scott F. McCreadie (1) Count 1,2-3 held on 1/18/2005, Initial Appearance as to Scott F. McCreadie held on 1/18/2005, Plea entered by Scott F. McCreadie (1) Count 1,2-3Scott F. McCreadie (1) Guilty Count 1,2-3. Procedural Order re: sentencing issued.Sentencing set for 4/6/05 at 2:30. The defendant is placed on personal recognizance. He may reside in Florida. He is not allowed to leave the country and is to surrender his passport to pretrial services. (Court Reporter WOMACK.) (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/18/2005 | 3 | WAIVER OF INDICTMENT by Scott F. McCreadie (Smith, Bonnie) (Entered: 01/18/2005) |
| 01/18/2005 | 4 | Judge William G. Young : ORDER entered. |

| | | |
|---|---|---|
| | | PROCEDURAL ORDER re sentencing hearing as to Scott F. McCreadie Sentencing set for 4/6/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 01/18/2005) |
| 03/30/2005 | 5 | SENTENCING MEMORANDUM by USA as to Scott F. McCreadie (Pirozzolo, Jack) (Entered: 03/30/2005) |
| 04/02/2005 | 6 | SENTENCING MEMORANDUM by Scott F. McCreadie (Bailey, R.) (Entered: 04/02/2005) |
| 04/04/2005 | 7 | MOTION for Forfeiture of Property as to Scott F. McCreadieby USA. (Attachments: # 1 Text of Proposed Order Preliminary Order of Forfeiture) (Barclay, Kristina) (Entered: 04/04/2005) |
| 04/05/2005 | | NOTICE OF RESCHEDULING as to Scott F. McCreadie Sentencing set for 4/12/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 04/05/2005) |
| 04/05/2005 | 8 | Judge William G. Young : PRELIMINARY ORDER OF FORFEITURE entered as to Scott F. McCreadie. cc/cl. (Bell, Marie) (Entered: 04/06/2005) |
| 04/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 4/12/2005 for Scott F. McCreadie (1), Count(s) 1, 2-3, After hearing from the Government, Defense counsel and the defendant, the court imposes the following sentence: The defendant is committed to the custody of the BOP for a term of 36 months to be followed by Supervised Release with Special Conditions for 3 years. No Fine. Special Assessment of $300. Restitution in the amount of $742,574. The defendant is to self report by 5/24/05. The defendant is notified of the right to appeal.. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 04/13/2005) |
| 04/13/2005 | 9 | Judge William G. Young : Electronic ORDER entered. JUDGMENT as to Scott F. McCreadie (1), Count(s) 1, |

|  |  |  |
|---|---|---|
|  |  | 2-3, The defendant is committed to the custody of the BOP for a term of 36 months to be followed by Supervised Release with Special Conditions for 3 years. No Fine. Special Assessment of $300. Restitution in the amount of $742,574. (Smith, Bonnie) (Entered: 04/13/2005) |
| 04/13/2005 | 10 | Judge William G. Young : Electronic ORDER entered. STATEMENT OF REASONS as to Scott F. McCreadie (Attachments: # 1 transcript) (Smith, Bonnie) (Entered: 04/13/2005) |
| 04/21/2005 | 11 | NOTICE OF APPEAL by Scott F. McCreadie re 9 Judgment, Filing fee $ 255, receipt number 63684. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/11/2005. (Smith3, Dianne) (Entered: 04/22/2005) |