```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10338-WGY

 4
       * * * * * * * * * * * * * * * *
 5                                    *
       UNITED STATES OF AMERICA       *
 6                                    *
       v.                             *   ARRAIGNMENT
 7                                    *   and PLEA
       SCOTT F. McCREADIE             *
 8                                    *
       * * * * * * * * * * * * * * * *
 9

10

11
               BEFORE:   The Honorable William G. Young,
12                                District Judge

13

14     APPEARANCES:

15              JACK W. PIROZZOLO, Assistant United States
          Attorney, 1 Courthouse Way, Suite 9200, Boston,
16        Massachusetts 02210, on behalf of the Government

17
                DENNER O'MALLEY, LLP (By Jeffrey A. Denner,
18        Esq. and R. Bradford Bailey, Esq.), Four
          Longfellow Place, Suite 3501, Boston,
19        Massachusetts 02114, on behalf of the Defendant

20

21

22

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           January 18, 2005
```