UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
04-10338-WGY

```
* * * * * * * * * * * * * * *  *
                                *
UNITED STATES OF AMERICA        *
                                *
v.                              *   DISPOSITION
                                *
SCOTT F. McCREADIE              *
                                *
* * * * * * * * * * * * * * *  *
```

BEFORE:  The Honorable William G. Young,
District Judge

APPEARANCES:

        JACK W. PIROZZOLO, Assistant United States
Attorney, 1 Courthouse Way, Suite 9200, Boston,
Massachusetts 02210, on behalf of the Government

        DENNER O'MALLEY, LLP (By R. Bradford
Bailey, Esq. and Gary G. Pelletier, Esq.), Four
Longfellow Place, Suite 3501, Boston,
Massachusetts 02114, on behalf of the Defendant

1 Courthouse Way
Boston, Massachusetts

April 12, 2005