# MANDATE

04-10338
USDC/MA
Young, W.

# United States Court of Appeals
## For the First Circuit

No. 05-1608

UNITED STATES

Appellee

v.

SCOTT F. MCCREADIE

Defendant - Appellant

---

**JUDGMENT**
Entered: September 7, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kretas*
Deputy Clerk
Date: 9/7/05

By: **JULIE GREGG**
_____
Operations Manager

[cc: Gary G. Pelletier, Esq., R. Bradford Bailey, Esq., Jack W. Pirozzolo, AUSA, Dina Michael Chaitowitz, AUSA, Scott F. McCreadie]